# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM H. GARRISON,<br><br>    Plaintiff<br><br>    v.<br><br>MARGARET MIMS,<br><br>    Defendants. | CASE No. 1:13-cv-02096-DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR COUNSEL AND EXPERT<br><br>(ECF No. 8 ) |

  Plaintiff William H. Garrison ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This action was filed on December 27, 2013. On February 27, 2014, Plaintiff filed a motion for the appointment an independent expert. (ECF No. 8.)

  The Court has the discretion to appoint an expert and to apportion costs, including the apportionment of costs to one side, Fed. R. Evid. 706; *Ford ex rel. Ford v. Long Beach Unified School Dist.*, 291 F.3d 1086, 1090 (9th Cir. 2002); *Walker v. American Home Shield Long Term Disability Plan*, 180 F.3d 1065, 1071 (9th Cir. 1999), however, where the cost would likely be apportioned to the government, the Court should exercise caution. The Court's docket is comprised of an overwhelming number of civil rights cases filed by prisoners proceeding pro se and in forma pauperis, and the facts of this case are no more extraordinary and the legal issues involved no more complex than those found in the majority of the cases now pending before the Court. *Wilds v. Gines*, No. C 08-03348 CW (PR), 2011 WL 737616, at *4 (N.D. Cal. Feb. 23, 2011); *Honeycutt v. Snider*, No. 3:11-cv-00393-RJC (WGC), 2011 WL 6301429, at *1 (D. Nev. Dec. 16, 2011) ("The appointment of experts in deliberate indifference cases is rare, and such

requests should be granted sparingly, particularly given the large volume of cases in which indigent prisoners allege claims under the Eighth Amendment related to medical care, and the substantial expense defendants may have to bear if courts were to appoint experts in such cases.") In the present case, the Court does not find the required exceptional circumstances exist at this time to appoint an expert witness.

    Accordingly, it is HEREBY ORDERED that Plaintiff's February 27, 2014 motion for the appointment an independent expert is DENIED.

IT IS SO ORDERED.

    Dated: __**August 11, 2014**__            /s/ *Dennis L. Beck*
                                                     UNITED STATES MAGISTRATE JUDGE